UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

Edwin Martinez and Migdalia Martinez

CHAPTER    7
CASE NO.    8:11-bk-05292-CPM

         Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOC. NO. 20) FILED BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION REGARDING REAL PROPERTY**

THIS CAUSE came on for consideration upon the Motion For Relief From Stay regarding REAL PROPERTY LOCATED AT: 3424 YALE CIR, RIVERVIEW, FL 33578 LEGALLY DESCRIBED AS: LOT 12, BLOCK 1, IVY ESTATES UNIT NO. 2, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 45, PAGE 74, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA. ("Collateral") filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Creditor").  The Creditor served the Motion on interested parties by negative notice pursuant to Local Rule 2002-4.  Neither the Debtor(s)nor the Trustee filed a response to the Motion.  Therefore, the Court deems the matter unopposed. Accordingly, it is

    ORDERED as follows:

    1.    Creditor's Motion For Relief From Stay is granted.

    2.    The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit Creditor to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a mortgage foreclosure action in state court with respect to the ("Collateral") described as: REAL PROPERTY LOCATED AT: 3424 YALE CIR, RIVERVIEW, FL 33578 LEGALLY DESCRIBED AS: LOT 12, BLOCK 1, IVY ESTATES UNIT NO. 2, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 45, PAGE 74, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA..

     3.     The relief granted here permits the Creditor to seek and obtain in rem relief against the collateral/property only and does not permit the Creditor to seek or obtain in personam relief against the Debtor(s).

     4.     That the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

DONE and ORDERED at Tampa, Florida, on    June 13, 2011   

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Copies Furnished To:
Brad W. Hissing, Esq., P.O. Box 800, Tampa, FL 33601-0800, Attorney for Creditor
Edwin Martinez and Migdalia Martinez, 3424 Yale Circle , Riverview, FL 33578
Mayra L. Calo, Esq. 213 Providence Road, Brandon, FL 33511
Beth Ann Scharrer, Trustee, P.O. Box 4550, Seminole, FL 33775-4550
WASHINGTON MUTUAL, 1301 SECOND AVE., WMC 3501, Seattle, WA, 98101

1022270B/mb