**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                            Case No.:        8:11-bk-05292-CPM
                                                  Chapter          7
Edwin Martinez and
Migdalia Martinez,

        Debtors.
_____/

**MOTION TO REOPEN CHAPTER 7 CASE AND**
**FOR ORDER DIRECTING THE UNITED STATES**
**<u>TRUSTEE TO APPOINT A SUCCESSOR CHAPTER 7 TRUSTEE</u>**

Daniel M. McDermott, United States Trustee for Region 21, by and through his duly authorized attorney, moves this Honorable Court, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, for the entry of an order reopening the above captioned bankruptcy case and directing the United States Trustee to appoint a chapter 7 trustee, and asserts the following:

1. On March 24, 2011, the Debtors filed a voluntary chapter 7 petition.

2. The United States Trustee appointed Beth Ann Scharrer as the chapter 7 trustee. She administered the case with no distribution to creditors.

3. On July 28, 2011, the case was closed and the trustee was discharged.

4. The United States Trustee has been notified of a possible estate asset.

5. Given the possibility for recovery of assets, a meaningful distribution could be made to creditors.

6. Accordingly, the bankruptcy case should be reopened pursuant to 11. U.S.C. §350(b), and the United States Trustee directed to appoint a trustee to administer any available assets for the benefit of the bankruptcy estate and its creditors.

WHEREFORE, the United States Trustee respectfully prays that this Honorable Court grant the motion, enter an order reopening the chapter 7 case and setting aside the final decree, directing the United States Trustee to appoint a chapter 7 trustee, and for such other and additional relief that this Honorable Court deems appropriate under these premises.

Dated: July 9, 2018.

        Respectfully submitted,

        DANIEL M. MCDERMOTT
        United States Trustee, Region 21

By:    /s/Steven Wilkes
       (Ala. Bar. No. WIL-278)
       Trial Attorney
       U.S. Department of Justice
       Office of the U.S. Trustee, Region 21
       501 East Polk St. Suite 1200
       Tampa, Florida 33602
       (813) 228-2000
       (813) 228-2303 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by United States Mail, to the following on or before July 10, 2018:

Edwin Martinez and
Migdalia Martinez
3424 Yale Circle
Riverview, FL 33578

Electronically to: Daniel F. Pilka, Pilka & Associates, P.A., Debtors' Counsel

        /s/ J. Steven Wilkes