FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 1

| | | |
|---|---|---|
| Case No.: | 11-05292 | |
| Case Name: | MARTINEZ, EDWIN AND MARTINEZ, MIGDALIA | |
| For the Period Ending: | 06/30/2019 | |

| | |
|---|---|
| Trustee Name: | Beth Ann Scharrer |
| Date Filed (f) or Converted (c): | 03/24/2011 (f) |
| §341(a) Meeting Date: | 04/28/2011 |
| Claims Bar Date: | 07/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Tort claim.  Case reopened to administer the same. (u) | $0.00 | $17,352.69 | | $0.00 | $34,704.38 |
| Asset Notes: | Compromise motion filed 6/29/19. | | | | | |
| 2 | 3424 Yale Circle, Riverview, FL 33578 | $144,000.00 | $0.00 | | $0.00 | FA |
| 3 | Grow Financial Checking (#6740) | $592.47 | $0.00 | | $0.00 | FA |
| 4 | Grow Financial Savings (#6740) | $1,429.73 | $0.00 | | $0.00 | FA |
| 5 | Chase Checking (#9158) | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Chase Savings (#5558) | $161.14 | $0.00 | | $0.00 | FA |
| Asset Notes: | owned jointly w/son | | | | | |
| 7 | Chase Savings (#8639) | $24.40 | $0.00 | | $0.00 | FA |
| Asset Notes: | owned jointly w/Armani Santigo | | | | | |
| 8 | Chase Checking (#6170) | $192.29 | $0.00 | | $0.00 | FA |
| 9 | Chase Savings (#9313) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | stove, refrigerator, washer/dryer, microwave, cookware, flatware, living room furniture, bedroom furniture, dining room furniture, TV's, DVD's, household tools, yard tools | $1,200.00 | $0.00 | | $0.00 | FA |
| 11 | Wearing apparel | $250.00 | $0.00 | | $0.00 | FA |
| 12 | ING - Publix Super Markets, Inc. | $12,861.47 | $0.00 | | $0.00 | FA |
| 13 | 1993 Oldsmobile Cutlass 4DR | $1,675.00 | $0.00 | | $0.00 | FA |
| 14 | 1999 Plymouth Voyager Minivan | $2,100.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                   **Gross Value of Remaining Asset**

| | $164,486.50 | $17,352.69 | | $0.00 | $34,704.38 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/27/2019 | Compromise motion filed re: tort claim. |
| 05/18/2019 | Compromise motion re: tort claim to be filed. |
| 11/01/2018 | Reviewed all claims.  No objections needed. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-05292 | | | Trustee Name: | Beth Ann Scharrer |
| Case Name: | MARTINEZ, EDWIN AND MARTINEZ, MIGDALIA | | | Date Filed (f) or Converted (c): | 03/24/2011 (f) |
| For the Period Ending: | 06/30/2019 | | | §341(a) Meeting Date: | 04/28/2011 |
| | | | | Claims Bar Date: | 07/31/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 07/23/2018 | Employed general counsel in case re: tort claim. |
| 07/10/2018 | To pursue tort claim(s). Application to employ atty to be filed. |
| 07/09/2018 | Chapter 7 case reopened to pursue tort claim. |

Initial Projected Date Of Final Report (TFR):   12/15/2019        Current Projected Date Of Final Report (TFR):        /s/ BETH ANN SCHARRER

BETH ANN SCHARRER